IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cr126 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY J. FOGLE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court regarding Defendant's Motion to Strike (Filing #28). Defense counsel has requested that Document Number 23 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that Defendant's Motion to Strike (Filing #28) is granted. Clerk's Office shall strike Document Number 23 from the record.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge